count, a distinct indictable offense. Marshall v. United States, 299 F.2d 141 (10th Cir.), cert. denied, 370 U.S. 958, 82 S.Ct. 1606, 8 L.Ed.2d 824 (1962). Finally, when viewed in the light most favorable to the Government, cf. United States v. Kane, 322 F.2d 787 (2d Cir. 1963), it cannot be said that the evidence adduced at the trial did not support beyond a reasonable doubt the inference that appellant unlawfully possessed a package stolen from an authorized depository for mail matter, with knowledge that it was stolen, for which the judgment of conviction under the second count was duly entered. See United States v. Hines, 256 F.2d 561 (2d Cir. 1958).

Affirmed.

Francisco Diaz Llamas, pro se.

Joseph P. Hoey, U. S. Atty., Eastern District of New York (Michael J. Gillen, Asst. U. S. Atty., of Counsel), for appellee.

Before FRIENDLY, SMITH and HAYS, Circuit Judges.

PER CURIAM.

The denial of appellant's motion under 28 U.S.C. § 2255 to vacate the conviction which we affirmed in 280 F.2d 392 (2 Cir. 1960), is affirmed for the reasons given in the opinion of Judge Mishler.

**UNITED STATES of America,**
Appellee,

v.

**Francisco Diaz LLAMAS, Appellant.**

No. 279, Docket 28554.

United States Court of Appeals
Second Circuit.

Submitted Jan. 21, 1964.

Decided Jan. 24, 1964.

**UNITED STATES of America,**
Appellee,

v.

**Harry STEIN, Gerald Gerardi and Alfonso Morgan, Appellants.**

No. 325, Docket 28203.

United States Court of Appeals
Second Circuit.

Argued Feb. 10, 1964.

Decided Feb. 10, 1964.

